**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **North Queen Fishing, Inc.** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **06-1493605** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40 Herman Melville Boulevard** <br> **New Bedford, MA 02740** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Bristol** <br> County | **Location of principal assets, if different from principal place of business** |
| | <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.blueharvestfisheries.com/** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **North Queen Fishing, Inc.**                                    Case number (*if known*) _____
              Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**1141**___

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor   **North Queen Fishing, Inc.**       Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Annex 1** _____     Relationship _____

District _____    When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **North Queen Fishing, Inc.**
          _____
          Name

Case number (*if known*) _____

---

**16.   Estimated liabilities**

☐ $0 - $50,000                ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000          ■ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

Debtor    **North Queen Fishing, Inc.**                                              Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September  8, 2023**
              MM / DD / YYYY

**X** **/s/ Charles E. Wilson, Jr.**                                  **Charles E. Wilson, Jr.**
Signature of authorized representative of debtor              Printed name

Title   **President**

---

**18. Signature of attorney**

**X** **/s/ R. Stephen McNeill**                           Date   **September  8, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**R. Stephen McNeill 5210**
Printed name

**Potter Anderson & Corroon LLP**
Firm name

**1313 North Market Street, 6th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302-984-6000**        Email address   **rmcneill@potteranderson.com**

**5210 DE**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

**Fill in this information to identify the case:**

Debtor name    **North Queen Fishing, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    **Corporate Ownership Statement and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2023**         X **/s/ Charles E. Wilson, Jr.**
                                                 Signature of individual signing on behalf of debtor

                                                 **Charles E. Wilson, Jr.**
                                                 Printed name

                                                 **President**
                                                 Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re   **North Queen Fishing, Inc.**                                                    Case No. _____

                                                    Debtor(s)        Chapter    **7**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $ **140,000.00** |
| Prior to the filing of this statement I have received | $ **140,000.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor      ■ Other (specify):      **Blue Harvest Fisheries, LLC**

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September  8, 2023** _____          **/s/ R. Stephen McNeill** _____
*Date*                                               **R. Stephen McNeill 5210**
                                                     *Signature of Attorney*
                                                     **Potter Anderson & Corroon LLP**
                                                     **1313 North Market Street, 6th Floor**
                                                     **Wilmington, DE 19801**
                                                     **302-984-6000  Fax: 302-658-1192**
                                                     **rmcneill@potteranderson.com**
                                                     *Name of law firm*

**Annex 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities below (collectively, the "Debtors") filed a Petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 7 of title 11 of the United States Code.

- Blue Harvest Fisheries Partners, LLC

- Blue Harvest Fisheries Incentive, LLC

- BHF Fish Blocker, LLC

- Blue Harvest Fisheries Holdings, LLC

- Blue Harvest Maritime, LLC

- Blue Harvest Fisheries Parent, LLC

- Blue Harvest Fisheries, LLC

- Blue Harvest Fleet, LLC

- BHF Fish Co, LLC

- BHF Blue Harbor, LLC

- BHF Blue Stream, LLC

- BHF Blue Wave, LLC

- BHF Blue South, LLC

- Diane Marie Fishery, Inc.

- BHF Blue Sea, LLC

- BHF Blue Cove, LLC

- BHF Blue Western, LLC

- BHF Blue Delta, LLC

- BHF Blue Water, LLC

- BHF Blue Lagoon, LLC

- BHF Blue Eastern, LLC

- BHF Blue Pacific, LLC

- Kathryn Ann Fishing, Inc.

- BHF Blue Ocean, LLC

- BHF Blue Harvest, LLC

- BHF Blue North, LLC

- BHF Teresa Marie III, LLC

- BHF Harmony, LLC

- BHF Carrabassett, LLC

- BHF Teresa Marie IV, LLC

- BHF Blue Canyon, LLC

- BHF Nobska, LLC

- BHF Schelvis, LLC

- BHF Morue, LLC

- BHF Allagash, LLC

- IMT AssetCo, LLC

- BHF PermitCo, LLC

- North Queen Fishing, Inc.

- Blue Harvest Foods, LLC

- Blue Harvest Marine Services, LLC

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| BLUE HARVEST FISHERIES PARTNERS, LLC<br>BLUE HARVEST FISHERIES INCENTIVE, LLC<br>BHF FISH BLOCKER, LLC<br>BLUE HARVEST FISHERIES HOLDINGS, LLC<br>BLUE HARVEST MARITIME, LLC<br>BLUE HARVEST FISHERIES PARENT, LLC<br>BLUE HARVEST FISHERIES, LLC<br>BLUE HARVEST FLEET, LLC<br>BHF FISH CO, LLC<br>BHF BLUE HARBOR, LLC<br>BHF BLUE STREAM, LLC<br>BHF BLUE WAVE, LLC<br>BHF BLUE SOUTH, LLC<br>DIANE MARIE FISHERY, INC.<br>BHF BLUE SEA, LLC<br>BHF BLUE COVE, LLC<br>BHF BLUE WESTERN, LLC<br>BHF BLUE DELTA, LLC<br>BHF BLUE WATER, LLC<br>BHF BLUE LAGOON, LLC<br>BHF BLUE EASTERN, LLC<br>BHF BLUE PACIFIC, LLC<br>KATHRYN ANN FISHING, INC.<br>BHF BLUE OCEAN, LLC<br>BHF BLUE HARVEST, LLC<br>BHF BLUE NORTH, LLC<br>BHF TERESA MARIE III, LLC<br>BHF HARMONY, LLC<br>BHF CARRABASSETT, LLC<br>BHF TERESA MARIE IV, LLC<br>BHF BLUE CANYON, LLC<br>BHF NOBSKA, LLC<br>BHF SCHELVIS, LLC<br>BHF MORUE, LLC<br>BHF ALLAGASH, LLC<br>IMT ASSETCO, LLC<br>BHF PERMITCO, LLC<br>NORTH QUEEN FISHING, INC.<br>BLUE HARVEST FOODS, LLC<br>BLUE HARVEST MARINE SERVICES, LLC<br>Debtors. | Case No. 23-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007(a)(1) and 7007.1

I, Charles E. Wilson, Jr., President of Blue Harvest Fisheries Partners, LLC, *et al*. (the "Debtors")[1] hereby state pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure that the following corporate entities directly own 10% or more of the Debtors' member interests.

**Blue Harvest Fisheries Partners, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Bregal Partners L.P. | 89.5% |
| BHF Davis LLC | 4.7% |
| Jeffrey W. Davis | 1.7% |
| Louise Lischewski | 1.6% |
| Michael Arougheti | 1.3% |
| Mark E. Thierfelder | 0.7% |
| Alex Mulholland | 0.1% |
| Daniel M. Dunn | 0.2% |
| Keith Decker | 0.3% |

**Blue Harvest Fisheries Incentive, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries Partners, LLC | 92.9% |
| Keith Decker | 2.5% |
| Richard Speed | 1.1% |
| Charles Wilson | 1.1% |
| Alex Mulholland | 0.7% |
| Eugene Bergson | 0.7% |
| Louise Lischewski | 0.2% |
| John Cummings | 0.2% |
| James Odin | 0.2% |
| Amy Humphreys | 0.2% |
| Inge Andreassen | 0.2% |

**BHF Fish Blocker, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries Incentive, LLC | 100% |

---

[1] Each individual debtor is listed below.

2

**Blue Harvest Fisheries Holdings, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Blocker, LLC | 100% |

**Blue Harvest Maritime, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries, LLC | 100% |

**Blue Harvest Fisheries Parent, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries Holdings, LLC | 100% |

**Blue Harvest Fisheries, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries Parent, LLC | 100% |

**Blue Harvest Fleet, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Maritime, LLC | 100% |

**BHF Fish Co, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Maritime, LLC | 100% |

**BHF Blue Harbor, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Stream, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Wave, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

IMPAC 11002377v.1

**BHF Blue South, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**Diane Marie Fishery, Inc.**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Blue South, LLC | 100% |

**BHF Blue Sea, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Cove, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Western, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Delta, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Water, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Lagoon, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Eastern, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

IMPAC 11002377v.1

**BHF Blue Pacific, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**Kathryn Ann Fishing, Inc.**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Blue Pacific, LLC | 100% |

**BHF Blue Ocean, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue Harvest, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Blue North, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fleet, LLC | 100% |

**BHF Teresa Marie III, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Harmony, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Carrabassett, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Teresa Marie IV, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

IMPAC 11002377v.1

**BHF Blue Canyon, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Nobska, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Schelvis, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Morue, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**BHF Allagash, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Fish Co, LLC | 100% |

**IMT AssetCo, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Maritime, LLC | 100% |

**BHF PermitCo, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Maritime, LLC | 100% |

**North Queen Fishing, Inc.**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| BHF Blue Delta, LLC | 100% |

**Blue Harvest Foods, LLC**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Fisheries, LLC | 100% |

6

**<u>Blue Harvest Marine Services, LLC</u>**:

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| Blue Harvest Foods, LLC | 100% |

Dated: September 8, 2023

Signature: */s/ Charles E. Wilson, Jr.*
Charles E. Wilson, Jr., President
**Blue Harvest Fisheries Partners, LLC,** *et al***.**

7

**NORTH QUEEN FISHING, INC.**

**Unanimous Written Consent of the Board of Directors**

September 7 , 2023

      **THE UNDERSIGNED**, being all of the members of the board of directors (the "Board") of North Queen Fishing, Inc., a Delaware corporation (the "Company"), hereby consent to the taking of the following actions and the adoption of the following resolutions without a meeting in accordance with the procedures established in Section 141(f) of the Delaware General Corporation Law, such actions and resolutions to have the same force and effect as though duly taken and adopted at a meeting of the Board duly called and legally held:

      **WHEREAS**, the Company is a Subsidiary of Blue Harvest Fisheries Partners, LLC (as defined in that certain Third Amended and Restated Limited Liability Company Agreement of Blue Harvest Fisheries Partners, LLC ("Partners"), dated as of December 5, 2016, as amended, restated or supplemented from time to time (the "Partners Agreement"));

      **WHEREAS**, the Board has considered the business and financial conditions and results of operations of the Company on the date hereof, including the assets and liabilities of the Company;

      **WHEREAS**, the Board has reviewed, considered and received the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under Chapter 7 of Title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.,* the "Bankruptcy Code");

      **WHEREAS**, based on factors and information deemed relevant by the Board, in the business judgment of the Board, it is in the best interest of the Company, as well as the best interest of the Company's stockholders, creditors and other interested parties under the circumstances set forth herein, that the Company file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on behalf of the Company; and

      **WHEREAS**, the consent of the Bregal Member (as defined in the Partners Agreement) to the actions set forth herein has been obtained in accordance with Section 4.08(d) of the Partners Agreement.

      **NOW, THEREFORE, BE IT RESOLVED**, that in the business judgment of the Board, it is desirable and in the best interest of the Company, its stockholders, creditors and other parties in interest, taken as a whole, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 7 of the Bankruptcy Code; and be it

      **RESOLVED FURTHER**, that any of the officers of the Company and Patrick Bartels, in his capacity as the sole member of the Sale and Restructuring Committee of the Board of Partners (each, an "Authorized Person")" be, and each acting alone hereby is, authorized, empowered, and directed to: (i) execute and file (or direct others to do so on such Authorized Person's behalf as provided herein) in  the name and on behalf of the Company a petition under Chapter 7 of the

11004236v.3

Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware in such form and at such time as the Authorized Person shall determine (the "Chapter 7 Case"); (ii) execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers contemplated thereby or related thereto; and (iii) employ and retain all legal counsel, accountants and/or other professionals, and take any and all other actions, which such Authorized Person deems to be necessary, convenient, desirable, advisable or appropriate in connection with the Chapter 7 Case; and be it

**RESOLVED FURTHER**, that the Authorized Person, and any employees or agents (including legal counsel) of the Company designated or directed by the Authorized Person, shall be, and each hereby is, authorized, empowered and directed to take or cause to be taken all steps and to do or cause to be done all acts and things, including the execution and delivery of any documents or instruments, as such Authorized Person deems necessary, convenient, desirable, advisable or appropriate to carry out, comply with and/or effectuate the purposes and intents of the foregoing resolutions and the transactions contemplated thereby, such determination to be conclusively evidenced by the taking of such steps and the doing of such acts and things; and be it

**RESOLVED FURTHER**, that any and all acts taken and any and all certificates, instruments, agreements, filings, or other documents executed by the Authorized Person for or in the name and on behalf of the Company prior to the adoption of these resolutions with regard to any of the transactions, actions, certificates, instruments, agreements, filings, or other documents authorized or approved by the foregoing resolutions be, and hereby are, in all respects, ratified, confirmed, adopted, and approved; and be it

**RESOLVED FURTHER**, that all actions previously taken by the Board, the Authorized Person, or any officer, employee or agent of the Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and be it

**RESOLVED FURTHER**, that this Unanimous Written Consent may be executed by facsimile, telecopy or other reproduction, and such execution shall be considered valid, binding and effective for all purposes.

This Unanimous Written Consent may be executed in one or more counterparts and so executed shall constitute one consent, notwithstanding that all directors are not signatories to the same counterpart.

*[Remainder of page left intentionally blank]*

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent as of the date first set forth above.

DocuSigned by:

*Chip Wilson*

548DB46C4C83483

Charles E. Wilson, Jr.

*[Signature Page to Unanimous Written Consent of the Board of Directors of North Queen Fishing, Inc.]*